IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC G. SMITH, | § | |
| | § | |
| Appellant. | § | |
| | § | |
| vs. | § | |
| | § | C.A. No. 07-123 |
| AET INC., LTD., | § | |
| | § | |
| Appellee. | § | |

### ORDER

On this day came on to be considered Appellee AET Inc.'s "Motion to Dismiss Appeal Based on Prematurity." (D.E. 2.) The Court hereby DENIES the Appellee's motion.

SIGNED and ENTERED this 16th day of April, 2007.

_____
Janis Graham Jack
United States District Judge