IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC G. SMITH, | § | |
| | § | |
| Appellant, | § | Civil Action No. C-07-123 |
| | § | |
| v. | § | |
| | § | |
| AET INC., LIMITED, | § | |
| | § | |
| Appellee. | § | |

### FINAL JUDGMENT

In accordance with this Court's Order GRANTING AET, Limited, Inc.'s ("AET") motion to dismiss the above-styled bankruptcy appeal (Case No. 07-123, D.E. 17), the Court hereby enters final judgment DISMISSING the above-styled action in Case No. 07-123.[1]

SIGNED and ENTERED this 7th day of June, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] Of note, Case No. 07-123 had been the lead case in a consolidated bankruptcy appeal consisting of Case Nos. 07-123, 07-124 and 07-126. Case Nos. 07-123 and 07-124 have been DISMISSED by the Court (Case No. 07-123, D.E. 17). Accordingly, Case No. 07-126 will now proceed as a stand-alone bankruptcy appeal.